United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAIME CERVANTES ZUNIGA, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00175 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| DETENTION CENTER, in their official | § | |
| capacity, *et al.*, | § | |
| "Respondents." | § | |

## ORDER

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 7) ("R&R"). The R&R recommends that the Court: (1) deny Petitioner's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition") and (2) direct the Clerk of Court to close the case. Dkt. No. 7 at 6.

The R&R was published on June 2, 2026, and objections to the R&R were due by June 16, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 7) is **ADOPTED**. The Petition (Dkt. No. 1) is hereby **DENIED**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this June 24, 2026

_____
Rolando Olvera
United States District Judge